**Order filed December 19, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00704-CV
_____

### LARRY M. CANTU, Appellant

### V.

### MRS. CURRAN, Appellee

**On Appeal from the County Court at Law # 4 and Probate Court
Brazoria County, Texas
Trial Court Cause No. CI048941**

## O R D E R

Appellant's brief was due December 5, 2013**.** No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **January 21, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM